No. 98–162. WILLIAMS ET AL. *v.* BYRD. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–193. CONSOLIDATED RAIL CORPORATION *v.* WICKER ET AL. C. A. 3d Cir. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–289. HENDON, ADMINISTRATOR OF THE ESTATE OF MAYBERRY, DECEASED *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 98–424. NATIONAL SOLID WASTE MANAGEMENT ASSN. *v.* WILLIAMS, COMMISSIONER, MINNESOTA POLLUTION CONTROL AGENCY, ET AL. C. A. 8th Cir. Motion of BFI Waste Systems of North America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–6796 (A–394). WILSON *v.* TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 98–6830 (A–398). ENOCH *v.* GRAMLEY, WARDEN. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.